**Date:** 11/24/25     **Case:** 1:25mj620     **Time:** 10:00 a.m.

**Judge:** William E. Fitzpatrick

**Tape/Courtroom:** FTR/500     **Court Reporter:**

**Hearing:** Docket Call

## Eastern District of Virginia
## Alexandria Division
## United States of America
## v.
## Dana Robinson

**Participants**
**USA**: Richard Krupczak

**Defense Counsel**:

**Court to appoint counsel**:     **Interpreter**:     ☐ Conflict

**Language**:

☐ Defendant did not appear     ☐ Warrant to be issued upon probable cause statement
☐ Government motion to continue hearing – GRANTED

**Advisement**
Rule 5     ☐ Due Process Protections Act

**Dismissal**
☐ Case dismissed with prejudice     ☐ Case dismissed without prejudice

**Plea**
☐ Consent to trial before a USMJ     ☐ Plea entered, Court accepts plea
☐ Plea of Guilty to Count(s):     ☐ Dismissal of Count(s):

☐ Sentence:

☐ Order setting conditions of release

**Trial**
Matter set for bench trial:     ☐ Matter set for jury trial
☐ Motions due :     ☐ Responses due:
☐ Govt adduced evidence and rests     ☐ Trial held and completed
☐ Not Guilty of Count(s):     ☐ Guilty of Count(s):
☐ Dismissal of Count(s):     ☐ Deft advised of appeal rights
Sentence:

**Future Proceedings**
Next hearing:

**Notes:** Deft did not appear. Initial Appearance reset for 12/22/25 on the Quantico Dckt w/LRV per USA's request.